■ EDNA BENINATI, as Administratrix of the Estate of SALVATORE BENI- NATI, Deceased, Appellant, v MILLER & RAVED, INC., Defendant and Third-Party Plaintiff-Respondent. JULIUS WATSKY, INC., Third-Party Defendant-Respondent.—In an action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Westchester County, entered February 6, 1975, which is in favor of defendant, upon a jury verdict. Judgment affirmed, with one bill of costs jointly to respondents appearing separately and filing separate briefs. In this personal injury action there is

more than ample evidence to support the jury determination. Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.